# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| HEATHER HERNDON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-06-0286 |
| | § | |
| | § | |
| COLLEGE OF THE MAINLAND, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The defendant filed an unopposed motion for continuance of the trial setting and joint pretrial order. The motion is granted. The docket control order is amended to set the case for jury selection and trial during the weeks of September 21-October 2, 2009. The joint pretrial order is to be filed by September 8, 2009. A final pretrial conference is set for **September 11, 2009, at 9:00 a.m.**

SIGNED on March 31, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge