# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| HEATHER HERNDON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-06-0286 |
| | § | |
| | § | |
| COLLEGE OF THE MAINLAND, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The defendant filed an unopposed motion for continuance of the trial setting and joint pretrial order. Counsel must notify the court of the settlement status no later than September 30, 2009. The court will hold a status conference on **October 5, 2009, at 4:00 p.m.** if the expected settlement is not approved.

SIGNED on September 9, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge