IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HEATHER HERNDON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-06-0286 |
| | § | |
| | § | |
| COLLEGE OF THE MAINLAND, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with the parties' stipulation, (Docket Entry No. 83), this action is dismissed with, prejudice.

This is a final judgment.

SIGNED on September 30, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge